

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 14, 2025

**By ECF**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
New York, New York 10007

    Re:    *United States v. Solano Castillo et al.*, 25 Cr. 300 (JPC)

Dear Judge Cronan:

    The Government writes, with the defendants' consent, to respectfully request that time between October 15, 2025 and October 20, 2025—the date of the recently rescheduled status conference in the above-captioned case—be excluded as to both defendants pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the interests of the public and the defendant in a speedy trial. Counsel for both defendants have informed me that they consent to this request.

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney

By: _____
        Henry L. Ross
        Assistant United States Attorney
        (212) 637-2442

cc:  All counsel of record (by ECF)

---

The request is granted. Time is excluded between October 15, 2025, and October 20, 2025, substantially for the same reasons set forth on the record on July 15, 2025. The ends of justice served by the exclusion outweigh the interests of the public and the defendant in a speedy trial. The Clerk of the Court is respectfully directed to close Docket Number 28.

SO ORDERED.
Date: October 16, 2025
New York, New York

JOHN P. CRONAN
United States District Judge