

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 27, 2026

**By ECF**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
New York, New York

      **Re:**    ***United States v. Solano Castillo et al.*, 25 Cr. 300 (JPC)**

Dear Judge Cronan:

      The Government writes, with the defendants' consent, to respectfully request that the status conference scheduled for January 28, 2026 be adjourned to February 12, 2026 at 9:00 a.m., and that time between January 28 and February 12, 2026, be excluded as to both defendants pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).  The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the interests of the public and the defendant in a speedy trial.  Counsel for both defendants have informed me that they consent to this request.

                           Respectfully submitted,

                           JAY CLAYTON
                           United States Attorney

By: _____
                           Henry L. Ross
                           Assistant United States Attorney
                           (212) 637-2442

cc:  All counsel of record (by ECF)

The request to adjourn is granted.  The status conference scheduled for January 28, 2026, is adjourned to February 12, 2026, at 9:00 a.m.  The Government shall submit a letter explaining the basis for excluding time pursuant to 18 U.S.C. § 3161(h)(7)(A).  The Clerk of Court is respectfully directed to close Docket Number 32.

SO ORDERED.
January 28, 2026
New York, New York

JOHN P. CRONAN
United States District Judge