

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 28, 2026

**By ECF**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
New York, New York

> Re: ***United States v. Solano Castillo et al.*, 25 Cr. 300 (JPC)**

Dear Judge Cronan:

      The Government writes pursuant to the Court's order dated January 28, 2026 (Dkt. 33), and with the defendants' consent, to respectfully request that time be excluded through the date of the next status conference, February 12, 2026, as to both defendants, pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The requested exclusion of time is necessary to allow the Government to continue its discussions with counsel for both defendants regarding a potential pretrial resolution of the case. The Government therefore respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the interests of the public and the defendants in a speedy trial. Counsel for both defendants have informed me that they consent to this request.

      Respectfully submitted,

      JAY CLAYTON
      United States Attorney

By: _____
      Henry L. Ross
      Assistant United States Attorney
      (212) 637-2442

cc: All counsel of record (by ECF)

The request is granted. Time is excluded from January 28, 2026 to February 12, 2026, under 18 U.S.C. § 3161(h)(7)(A), to allow the parties to continue discussing a pretrial disposition. The ends of justice served by excluding time outweigh the best interests of the public and the defendant in a speedy trial. The Clerk of Court is respectfully directed to close Docket Number 34.

SO ORDERED.
January 29, 2026
New York, New York

JOHN P. CRONAN
United States District Judge